994 A.2d 1078

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Shawney PERRY, Respondent.**

Supreme Court of Pennsylvania.

May 5, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 5th day of May, 2010, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue

42

set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, rephrased for clarity, is:

(1) "Whether the Superior Court failed to apply the proper standard of review under *Commonwealth v. Walls*, 592 Pa. 557, 926 A.2d 957 (2007), when it vacated the judgment of sentence of 2½ to 5 years' imprisonment imposed for a violation of the Uniform Firearms Act?"